*E-FILED: July 10, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AURORA LOAN SERVICES, LLC, | No. C12-03326 HRL |
| Plaintiff, <br> v. | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| DAVID SMITH, DORA SMITH, and DOES 1-5, | **REPORT AND RECOMMENDATION RE REMAND TO STATE COURT** |
| Defendants. | |

Jose Garcia[1] removed this unlawful detainer action from the Santa Clara County Superior Court. For the reasons stated below, the undersigned recommends that this matter be remanded.

Removal to federal court is proper where the federal court would have original subject matter jurisdiction over the complaint. 28 U.S.C. § 1441. The removal statutes are strictly construed against removal and place the burden on the defendant to demonstrate that removal was proper. Moore-Thomas v. Alaska Airlines, Inc., 553 F.3d 1241, 1244 (9th Cir. 2009) (citing Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992)). Additionally, the court has a continuing duty to determine whether it has subject matter jurisdiction. FED. R. CIV. P. 12(h).

---

[1] The record presented indicates that Garcia is not a named defendant. According to the complaint, plaintiff Aurora Loan Services obtained the subject property under a power of sale contained in a Deed of Trust executed by Garcia and his wife Consuelo Garcia. Although the Notice of Removal purports to be brought on behalf of defendant David Smith, the removal notice is signed only by Garcia as "Attorney for Defendant." The notice, however, also indicates that Garcia is not an attorney.

1  A case must be remanded to the state court if it appears at any time before final judgment that
2  the court lacks subject matter jurisdiction. 28 U.S.C. § 1447(c).

3  Garcia fails to show that removal is proper based on any federal law. Federal courts
4  have original jurisdiction over civil actions "arising under the Constitution, laws, or treaties of
5  the United States." 28 U.S.C. § 1331. A claim "arises under" federal law if, based on the
6  "well-pleaded complaint rule," the plaintiff alleges a federal claim for relief. Vaden v.
7  Discovery Bank, 129 S. Ct. 1262, 1272 (2009). Defenses and counterclaims asserting a federal
8  question do not satisfy this requirement. Id. Plaintiff's complaint presents claims arising only
9  under state law. It does not allege any federal claims whatsoever. Allegations in a removal
10 notice or in a response to the complaint cannot provide this court with federal question
11 jurisdiction.

12  Nor is there any basis for diversity jurisdiction under 28 U.S.C. § 1332. The complaint
13 indicates that the amount demanded does not exceed $10,000. And, the record presented
14 indicates that defendants are California citizens. An action may not be removed on the basis of
15 diversity "if any of the parties in interest properly joined and served as defendants is a citizen of
16 the State in which such action is brought." 28 U.S.C. § 1441(b)(2); see also Spencer v. U.S.
17 Dist. Ct., 393 F.3d 867, 870 (9th Cir. 2004) ("It is thus clear that the presence of a local
18 defendant at the time removal is sought bars removal.").

19  Because the parties have yet to consent to the undersigned's jurisdiction, this court
20 ORDERS the Clerk of the Court to reassign this case to a District Judge. The undersigned
21 further RECOMMENDS that the newly assigned judge remand the case to the Santa Clara
22 County Superior Court. Any party may serve and file objections to this Report and
23 Recommendation within fourteen days after being served. FED. R. CIV. P. 72.

24  SO ORDERED.
25 Dated: July 10, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:12-cv-03326-HRL Notice has been electronically mailed to:

Eric Gene Fernandez     eric.fernandez@tflglaw.com, donna.hoagland@tflglaw.com, noah.bean@tflglaw.com, sean.bedrosian@tflglaw.com

Sean Bedrosian     sean.bedrosian@tflglaw.com

5:12-cv-03326-HRL Notice sent by U.S. Mail to:

Jose Garcia
598 East Duane Avenue
Sunnyvale, CA 94085

David Smith
598 East Duane Avenue
Sunnyvale, CA 94085