OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

David Smith
598 East Duane Avenue
Sunnyvale, CA 94085

NIXIE        941    DE 1           00  07/18/12
             RETURN TO SENDER
             VACANT
             UNABLE TO FORWARD
             BC: 9511330837    *2656-01381-10-39



The following is a fragment of the enclosed document visible through the envelope window:

ument3   Filed07/10/12   Page1 of 3

*E-FILED: July 10, 2012*

)T FOR CITATION

:D STATES DISTRICT COURT

ERN DISTRICT OF CALIFORNIA

N JOSE DIVISION

No. C12-03326 HRL

**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE**

ES 1-    **REPORT AND RECOMMENDATION RE REMAND TO STATE COURT**

___/

detainer action from the Santa Clara County

w, the undersigned recommends that this matter be

here the federal court would have original subject

.S.C. § 1441. The removal statutes are strictly

len on the defendant to demonstrate that removal

es, Inc., 553 F.3d 1241, 1244 (9th Cir. 2009)

 (9th Cir. 1992)). Additionally, the court has a

ubject matter jurisdiction. FED. R. CIV. P. 12(h).

hat Garcia is not a named defendant.
oan Services obtained the subject property
 in a Deed of Trust executed by Garcia and his wife Consuelo
Garcia. Although the Notice of Removal purports to be brought on behalf of defendant
David Smith, the removal notice is signed only by Garcia as "Attorney for Defendant." The
notice, however, also indicates that Garcia is not an attorney.