## PROOF OF SERVICE

I, DARRYL PANTALEON, declare as follows:

12-3326

I am a resident of the United States, over the age of eighteen years and not a party to the above-entitled action and not a party to this action; my business address is 100 North Brand Blvd. #14, Glendale CA 91203-2641

On August 01, 2012, I served the following document(s):

### NOTICE OF ADVERSE PARTY AND STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT WITH DECLARATION

on the following persons at the locations specified:

*TFLG A LAW CORPORATION*
*ERIC G. FERNANDEZ (SBN: 269684)*
*SEAN BEDROSIAN (SBN: 265066)*
*2121 2ND Street, Ste C-105*
*Davis, CA 95618*
*Tel: 530-750-3700*
*Fax: 530-750-3366*
*E-mail: eric.fernandez@tflglaw.com*
*E-mail: sean.bedrosian@tflglaw.com*

In the manner indicated below:

☒ **BY UNITED STATES MAIL:** Following ordinary business practices, I sealed hue and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the State of California for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE:** I sealed hue and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. A declaration from the messenger who made the delivery ☐ is attached or ☐ will be filed separately with the court.

☐ **BY OVERNIGHT DELIVERY:** I sealed hue and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 1, 2012 at Glendale, California